FILED'09 AUG 12 14:32 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

04-1310-AA

| | |
|---|---|
| JERRY D. BRUCE, | CV# 9th Cir 06-35529 |
| Plaintiff, | |
| v. | ORDER FOR FEES, COSTS AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

It is hereby ORDERED that attorney fees in the amount of $5106.91 are awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $71.40 in costs and $90.31 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue a check to Plaintiff's attorneys for the appropriate amount.

DATED this 3rd day of August, 2009.

_____
United States District Judge

Presented by:
James S. Coon
Swanson, Thomas & Coon
Of Attorneys for Plaintiff